JS-6

FILED
CLERK, U.S. DISTRICT COURT

APR 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK ELLIOT GRAY, | ) | NO. CV 08-00919 SGL (SS) |
|                Petitioner, | ) | |
| | ) | **JUDGMENT** |
|      v. | ) | |
| | ) | |
| T.K. FELKER, Warden, | ) | |
| | ) | |
|             Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 4-21-08

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE